IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 1:05CV1082-T |
| WIREGRASS PROPERTIES, INC., a corporation; THOMAS LEONARD, an individual; JOE HUGHES, an individual; FAYE HUGHES, an individual; TOM GASSETT, an individual; and PHYLLIS GASSETT, an individual. ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Plaintiff, Auto-Owners Insurance Company, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Auto-Owners Insurance Company is a mutual insurance company incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. Affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Dated this the 9th day of November, 2005.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
Attorneys for Plaintiff
Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

    I hereby certify that a copy of the above and foregoing Plaintiff's Corporate Disclosure Statement was served upon the following along with the summons and complaint:

Wiregrass Properties, Inc.
c/o Richard Ramsey, III, Registered Agent
401 North Alice Street
Dothan, AL 36303

Thomas Leonard
P.O. Box 2253
Dothan, AL 36302

Joe Hughes
3200 Clardy Road
Dothan, AL 36303

Faye Hughes
3200 Clardy Road
Dothan, AL 36303

Tom Gassett
326 Kirkwood Drive
Dothan, AL 36303

Phyllis Gassett
326 Kirkwood Drive
Dothan, AL 36303

Dated this the 9th day of November, 2005

_____
OF COUNSEL