**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Faye Hughes*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
*Faye Hughes*

C. Date of Delivery

1. Article Addressed to:

Faye Hughes
3200 Clardy Road
Dothan, AL 36303

05cv1082mp

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0000 5268 9127    127

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540