**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joe Hughes
   3200 Clardy Road
   Dothan, AL 36303

   05 CV 1092 MHT

2. Article Number
   (Transfer from service label)

   7005 0390 0000 5268 9134

PS Form 3811, February 2004   Domestic Return Receipt   02595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Joe Hughes
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Joe Hughes

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes