# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

    V.

WIREGRASS PROPERTIES, INC., et als.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05cv1082-T

TO: (Name and address of defendant)

Wiregrass Properties, Inc.
c/o Richard Ramsey, III, Registered Agent
401 North Alice Street
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

**CLERK**

(BY) DEPUTY CLERK

DATE November 10, 2005

Ms. Debra Hackett
Clerk of the Court
P.O. Box 711
Montgomery, AL 36101

CERTIFIED MAIL

7005 0390 00

 UNITED WE STAND


U.S. POSTAGE
1520
1442 $08.05
1850 MAILED FROM ZIP C




NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD


NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

Wiregrass Properties, Inc.
c/o Richard Ramsey, III, Registered Agent
401 North Alice Street
Dothan, ▬

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

1. Article Addressed to:
Wiregrass Properties, Inc.
c/o Richard Ramsey, III, Registered Agent
401 North Alice Street
Dothan, AL 36303

05cv1082 cmp

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0000 5268 8595   '595

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540