# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

v.

WIREGRASS PROPERTIES, INC., et als.

    Defendants.

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-cv-1082-T

TO: (Name and address of defendant)

Wiregrass Properties, Inc.
1312 Sioux Street
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  *Debra P. Hackett*

(BY) DEPUTY CLERK

DATE  11-22-05

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                              Signature of Server

                                             _____
                                             Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

v.

WIREGRASS PROPERTIES, INC., et als.

    Defendants.

ALIAS
## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:05-cv-1082-T

**TO:** (Name and address of defendant)

Thomas Leonard
707 N. Pontiac Avenue
Dothan, AL 36303-3227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE  11-22-05

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                             Signature of Server

                                                          _____
                                                          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.