| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Thomas F. Leonard   C. Date of Delivery: NOV 29 [AL 36303 USPS postmark] |
| 1. Article Addressed to:<br><br>Thomas Leonard<br>707 N. Pontiac Avenue<br>Dothan, AL 36303-3227<br><br>05CV 1082 Alias S/W | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)  7000 0600 0027 9310 8614 | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540