**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wiregrass Properties, Inc.
c/o Thomas Leon~~a~~
1312 Sioux Street
Dothan, AL 36303

05cv1082-T  #1ias

2. Article Number
   (Transfer from service label)   7000 0600 0024 9310 8577

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _William T Mitchum_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   William T Mitchum           10-1-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540