# United States District Court

MIDDLE _____ **DISTRICT OF** _____ ALABAMA _____

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

      Plaintiff,

          **V.**

WIREGRASS PROPERTIES, INC., et als.

      Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1. 05CU 1082-T

TO: (Name and address of defendant)

Phyllis Gassett
326 Kirkwood Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(BY) DEPUTY CLERK

November 10, 2005

_____
DATE



Phyllis Gassett
326 Kirkwood Drive
Dothan,

Ms. Debra Hackett
Clerk of the Court
P.O. Box 711
Montgomery, AL 36101

7005 0390 0000 5268 9103

UNITED WE STAND

CERTIFIED MAIL