# United States District Court

MIDDLE DISTRICT OF ALABAMA

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

v.

WIREGRASS PROPERTIES, INC., et als.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV1082-T

TO: (Name and address of defendant)

Tom Gassett
326 Kirkwood Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

**CLERK**

(BY) DEPUTY CLERK

November 10, 2005

**DATE**

M
Clerk of the Court
P.O. Box 711
Montgomery, AL 36101

7005 0390 0000 5268 9110

Tom Gassett
326 Kirkwood Drive
Dothan, ~~~~~~~



 



Tom Gassett
326 Kirkwood Drive
Dothan, AL ~~~~~

7005 0390 0000 5268 9110