IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AUTO-OWNERS INSURANCE        )
COMPANY, etc.,               )
                             )
     Plaintiff,              )
                             )         CIVIL ACTION NO.
     v.                      )           1:05cv1082-T
                             )
WIREGRASS PROPERTIES,        )
INC., etc., et al.,          )
                             )
     Defendants.             )
```

## ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 18) is treated as a motion for summary judgment and said motion is set for submission, without oral argument, on December 28, 2005.

(2) The alternative motion to stay (Doc. No. 18) is set for submission, without oral argument, on December 28, 2005.

**(3) All briefs are due by December 28, 2005.**

**DONE, this the 14th day of December, 2005.**


                              /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**