IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AUTO-OWNERS INSURANCE       )
COMPANY, etc.,              )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         1:05cv1082-T
                            )
WIREGRASS PROPERTIES,       )
INC., etc., et al.,         )
                            )
    Defendants.             )
```

ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 22) is treated as a motion for summary judgment.

(2) The motions for summary judgment (Doc. Nos. 18 & 22) are set for submission, without oral argument, on January 6, 2006.

(3) The alternative motions to stay (Doc. Nos. 18 & 22) are set for submission, without oral argument, on January 6, 2006.

(4) All briefs are due by January 6, 2006.

DONE, this the 20th day of December, 2005.

                     /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**