# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

v.

WIREGRASS PROPERTIES, INC., et als.

    Defendants.

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-cv-1082-T

**TO:** (Name and address of defendant)

Tom Gassett
326 Kirkwood Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    12-6-05

CLERK    DATE

(BY) DEPUTY CLERK

**Ms. Debra Hackett**
**Clerk of the Court**
**P.O. Box 711**
**Montgomery, AL 36101**



CERTIFIED MAIL

RECEIVED
2005 DEC 23

7000 0600 0027 9310 8508


UNITED WE STAND


U.S. POSTAGE
1380
1402 $11.40
2338 MAILED FROM ZIP CODE


UNITED WE STAND


U.S. POSTAGE
1230
1432 $01.00
2354 MAILED FROM ZIP CODE

Restricted

Tom Gassett
326 Kirkwood Drive
Dothan,

UNCLAIMED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Tom Gassett<br>326 Kirkwood Drive<br>Dothan, | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 05cv1082 Alias<br>2. Article Number<br>(Transfer from service label)  7000 0600 0027 9310 8508 | 4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

B
12-7
12-10
12-22

