# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

    V.

WIREGRASS PROPERTIES, INC., et als.

    Defendants.

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-cv-1082-T

TO: (Name and address of defendant)

Phyllis Gassett
326 Kirkwood Drive
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 12/6/05

**CERTIFIED MAIL**

Ms. Debra Hackett
Clerk of the Court
P.O. Box 711
Montgomery, AL 36101

RECEIVED
2005 DEC 23    7000 0600 0027 9310 8515

UNITED WE STAND

1530
1442 $11.40
2339 MAILED FROM ZIP

UNITED WE STAND

1740
1442 $01.00
2353 MAILED FROM ZIP

*Restricted*

Phyllis Gassett
326 Kirkwood Drive
Dothan, AL ~~36303~~

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Phyllis Gassett<br>326 Kirkwood Drive<br>Dothan, AL ~~36303~~<br><br>05cv1082 algasm | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)  7000 0600 0027 9310 8515 | |
| PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540 | |

78
12-7
12-10
12-22