IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JAN -6  P 3: 51

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>      Plaintiff,<br><br>v.<br><br>WIREGRASS PROPERTIES, INC., a corporation; THOMAS LEONARD, an individual; JOE HUGHES, an individual; FAYE HUGHES, an individual; TOM GASSETT, an individual; and PHYLLIS GASSETT, an individual.<br><br>      Defendants. | CIVIL ACTION NO.: 1:05-cv-1082-T |

### EVIDENTIARY SUBMISSION OF PLAINTIFF AUTO-OWNERS INSURANCE COMPANY IN RESPONSE TO MOTIONS TO DISMISS (TREATED AS MOTIONS FOR SUMMARY JUDGMENT)

**COMES NOW** Defendant, Auto-Owners Insurance Company (Auto-Owners), and files its Evidentiary Submission in Response to the Motions to Dismiss (treated as Motions for Summary Judgment) heretofore filed in this cause as follows, to-wit:

### List of Exhibits

1.   The complaint, as amended, and any exhibits thereto, filed in the action styled <u>Joe and Faye Hughes v. Global Group., Inc., et als.</u>, Civil Action No. CV-04106 (Hughes Lawsuit).

2.   The Complaint, as amended, and any exhibits thereto, filed in the action

styled <u>Tom Gassett and Phyllis Gassett v. Global Group, Inc., et als.</u>, Civil Action No.: CV-04-107 (Gassett lawsuit).

3.   Auto-Owners Insurance Company Tailored Protection Policy, Policy No. 864617-38070904-03, Commercial General Liability coverage endorsements and declaration pages for the policy period 13 November 2003 to 13 November 2004 and the authenticating affidavit of William E. Barrett, Jr., attached thereto.

4.   Auto-Owners Insurance Company Tailored Protection Policy, Policy No. 942317-38127913-03, Commercial General Liability coverage endorsements and declaration pages for the policy period 8 November 2003 to 8 November 2004 and the authenticating affidavit of William E. Barrett, Jr., attached thereto.

5.   Consolidation order - Hughes lawsuit

6.   Trial Order - Hughes lawsuit

7.   Consolidation order - Gassett lawsuit

8.   Trial order - Gassett lawsuit

9.   Deposition of Thomas Foster Leonard and the exhibits thereto.

10.   Wiregrass Properties answers to interrogatories - Hughes lawsuit.

11.   Wiregrass Properties answers to interrogatories - Gassett lawsuit.

12.   Deposition of Joe Hughes.

13.   Deposition of Tom Gassett.

14.   Hughes construction agreement.

15.   Gassett construction agreement.

DATED this the 6th day of January 2006.

2

_____
Roger S. Morrow, MOR032

_____
Joel H. Pearson, PEA019
Attorneys for Plaintiff, Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone:  (334) 262-7707
Facsimile:  (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 6th day of January, 2006.

| | |
|---|---|
| Hon. Christina D. Crow | Hon. Richard M. Adams |
| Jinks, Daniel & Crow, LLC | Hon. James W. Parkman, III |
| P.O. Box 350 | Hon. William Calvin White, II |
| Union Springs, AL 36089-0350 | Parkman & Associates |
| | 739 West Main Street |
| | Dothan, AL 36301 |

_____
Of Counsel