# EXHIBIT "5"

IN THE CIRCUIT COURT OF BARBOUR COUNTY ALABAMA
CLAYTON DIVISION

FILED
DEC 19 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| JOE AND FAYE HUGHES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | CIVIL ACTION NO. |
| ) | CV-04-106 |
| WIREGRASS PROPERTIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter came before the Court on the Plaintiff's motion to consolidate this case with *Tom and Phyllis Gassett v. Wiregrass Properties, Inc., et al.*, Civil Action No. CV-04-107 for the purposes of trial. There being good cause shown, the motion is hereby GRANTED.

Thus DONE and ORDERED this 19th day of December, 2005.

Burt Smithart
Circuit Judge