# EXHIBIT "6"

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

FILED
DEC 19 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

JOE AND FAYE HUGHES, )
)
Plaintiffs, )
)
-vs- ) CIVIL ACTION NO.
) CV-04-106
WIREGRASS PROPERTIES, INC., et al., )
)
Defendants. )

## ORDER

This matter came before the Court on the Defendant's motion to continue the trial of this matter. There being good cause shown, the trial is hereby rescheduled for the term of Court scheduled to begin on February 7, 2006. The parties shall appear in the Circuit Court of Barbour County, Clayton Division, at 8:30 a.m. on February 7, 2006 to strike a jury. All other scheduling deadlines in the Court's original scheduling order are still in place and are not continued or extended, although, pursuant to his motion, the Defendant Thomas Leonard, is given leave of Court to file a pretrial order and jury charges on or before January 23, 2006.

Thus DONE and ORDERED this 19th day of December, 2005.

Burt Smithart
Circuit Judge