# EXHIBIT "7"

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

FILED DEC 19 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

TOM GASSETT AND PHYLLIS GASSETT, )
)
Plaintiffs, )
)
-vs- ) CIVIL ACTION NO.
) CV-04-107
GLOBAL GROUP, INC. D/B/A GLOBAL )
DEVELOPMENT, JARRETT )
PALMER, WARREN PALMER, )
et al., )
)
Defendants. )

## ORDER

This matter came before the Court on the Plaintiff's motion to consolidate this case with *Joe and Faye Hughes v. Wiregrass Properties, Inc., et al.*, Civil Action No. CV-04-106 for the purposes of trial. There being good cause shown, the motion is hereby GRANTED.

Thus DONE and ORDERED this 19th day of December 2005.

Burt Smithart
Circuit Judge