# EXHIBIT "8"

<u>IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA</u>
<u>CLAYTON DIVISION</u>

FILED
DEC 1 9 2005
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| TOM GASSETT AND PHYLLIS GASSETT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | CIVIL ACTION NO. |
| ) | CV- 04-107 |
| WIREGRASS PROPERTIES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter came before the Court on the Defendant's motion to continue the trial of this matter. There being good cause shown, the trial is hereby rescheduled for the term of Court scheduled to begin on February 7, 2006. The parties shall appear in the Circuit Court of Barbour County, Clayton Division, at 8:30 a.m. on February 7, 2006 to strike a jury. All other scheduling deadlines in the Court's original scheduling order are still in place and are not continued or extended, although, pursuant to his motion, the Defendant Thomas Leonard, is given leave of Court to file a pretrial order and jury charges on or before January 23, 2006.

Thus DONE and ORDERED this _19th_ day of _December_ 2005.

_____
Burt Smithart
Circuit Judge