# EXHIBIT "14"

THIS AGREEMENT made the    5    day of    March    , 20 04 by and between
Global Development    , hereinafter called the Contractor and    Joe Hughes    , hereinafter called the Owner.

Witnesseth, that the Contractor and the Owner for the considerations named agree as follows:    04-03D

### Article 1. Scope of the Work
The Contractor shall furnish all of the materials and perform all of the work shown on the Drawings and/or described in the Specifications entitled Exhibit A, as annexed hereto as it pertains to work to be performed on property at    per owner

### Article 2. Time of Completion
The work to be performed under this Contract shall be commenced on or before    March    , 20 04 and shall be substantially completed on or before    July    , 20 04. Time is of the essence. The following constitutes substantial commencement of work pursuant to this proposal and contract:
(Specify)    other than acts of God (weather)

### Article 3. The Contract Price
The Owner shall pay the Contractor for the material and labor to be performed under the Contract the sum of one hundred forty eight thousand eight hundred and seventy five    Dollars ($ 148875.00    ), subject to additions and deductions pursuant to authorized change orders.

### Article 4. Progress Payments
Payments of the Contract Price shall be paid in the manner following:
per IPI Skyscraper Mortgage

### Article 5. General Provisions
Any alteration or deviation from the above specifications, including but not limited to any such alteration or deviation involving additional material and/or labor costs, will be executed only upon a written order for same, signed by Owner and Contractor, and if there is any charge for such alteration or deviation, the additional charge will be added to the contract price of this contract.

If payment is not made when due, Contractor may suspend work on the job until such time as all payments due have been made. A failure to make payment for a period in excess of    see IPI Mortg.    days from the due date of the payment shall be deemed a material breach of this contract.

In addition, the following general provisions apply:
1. All work shall be completed in a workman-like manner and in compliance with all building codes and other applicable laws.
2. The contractor shall furnish a plan and scale drawing showing the shape, size dimensions, and construction and equipment specifications for home improvements, a description of the work to be done and description of materials to be used and the equipment to be used or installed, and the agreed consideration for the work.
3. To the extent required by law all work shall be performed by individuals duly licensed and authorized by law to perform said work.
4. Contractor may at its discretion engage subcontractors to perform work hereunder, provided Contractor shall fully pay said subcontractor and in all instances remain responsible for the proper completion of this Contract.
5. Contractor shall furnish Owner appropriate releases or waivers of lien for all work performed or materials provided at the time the next periodic payment shall be due.
6. All change orders shall be in writing and signed both by Owner and Contractor, and shall be incorporated in, and become a part of the contract.
7. Contractor warrants it is adequately insured for injury to its employees and others incurring loss or injury as a result of the acts of Contractor or its employees or subcontractors.
8. Contractor shall at its own expense obtain all permits necessary for the work to be performed.
9. Contractor agrees to remove all debris and leave the premises in broom clean condition.
10. In the event Owner shall fail to pay any periodic or installment payment due hereunder, Contractor may cease work without breach pending payment or resolution of any dispute.
11. All disputes hereunder shall be resolved by binding arbitration in accordance with rules of the American Arbitration Association.
12. Contractor shall not be liable for any delay due to circumstances beyond its control including strikes, casualty or general unavailability of materials.
13. Contractor warrants all work for a period of    12    months following completion.

Name and Registration No. of any Salesperson who solicited or negotiated this contract:
Warren Palmer

Signed this  5  day of  March , 20 04 .

Signed in the presence of:

Witness: *Warren Palmer*

Joe Hughes — *Joe T. Hughes*
Name of Owner

By: _____
Signature

Witness: _____

Global Development
Name of Contractor

By: _____
Signature

106 Eastland Road
Street Address

Dothan, AL 36303
City/State/Zip

33-712-9970
Telephone No.

_____
Contractor's State License No.



PROPERTY ADDRESS:

3600 CLARDY RD.
DOTHAN AL. 36303