IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAR 21  A 10: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>Plaintiff,<br><br>v.<br><br>WIREGRASS PROPERTIES, INC., a corporation; THOMAS LEONARD, an individual; JOE HUGHES, an individual; FAYE HUGHES, an individual; TOM GASSETT, an individual; and PHYLLIS GASSETT, an individual.<br><br>Defendants. | CIVIL ACTION NO.: 1:05-cv-1082-T |

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

**COMES NOW** Plaintiff, Auto-Owners Insurance Company and Defendants, Wiregrass Properties, Inc., Thomas Leonard, Joe Hughes, Faye Hughes, Tom Gassett and Phyllis Gassett by and through the undersigned counsel and pursuant to the terms of the Mutual Release and Settlement Agreement between Auto-Owners Insurance and Wiregrass Properties, Inc., Wiregrass Homebuilders, Inc., and Thomas Leonard and stipulate that the above-captioned declaratory judgment action may be dismissed, with prejudice, with each party to bear his/her/its/their own costs.

Dated this the 21st day of March, 2006.

/s/ Joel H. Pearson
JOEL H. PEARSON, PEA019
One of the Attorneys for Plaintiff,
Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742

/s/ R. Martin Adams
R. MARTIN ADAMS, ADA046
Attorneys for Defendants, Wiregrass
Properties, Inc., Wiregrass Homebuilders, Inc.,
and Thomas Leonard

OF COUNSEL:

PARKMAN & ASSOCIATES
739 West Main Street
Dothan, AL 36301
Telephone: (334) 792-1900
Facsimile:   (334) 712-1352

/s/ Christina D. Crow
CHRISTINA D. CROW, CRO064
Attorney for Defendants, Joe Hughes, Faye
Hughes, Tom Gassett and Phyllis Gassett

OF COUNSEL:

JINKS, DANIEL & CROW, LLC
P.O. Box 350
Union Springs, AL 36089-0350
Telephone: (334) 738-4225
Facsimile:   (334) 738-4229